JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA PULIDO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAREMORE HEALTH PLAN, INC.; a California corporation; THE ANTHEM COMPANIES, INC., an Indiana corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02730-AB (AFMx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised by counsel that the above-entitled action has been settled. It is therefore **ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within forty-five (45) days, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated: December 21, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.