# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA PULIDO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAREMORE HEALTH PLAN, INC.; a California corporation; THE ANTHEM COMPANIES, INC., an Indiana corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02730 AB (AFMx)<br><br>[PROPOSED] **ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE** |

 Having reviewed the parties' Joint Stipulation for Dismissal of Action with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby **ORDERED** that this action is dismissed with prejudice in its entirety, with each party to bear its own respective costs and fees.

Dated: January 3, 2022

_____
Hon. André Birotte Jr.
United States District Judge